

# Fifth Court of Appeals

600 Commerce Street, Suite 200
Dallas, Texas 75202

RECEIVED IN
COURT OF APPEALS, 5th DIST.
NOV 17 2015

RE:   Case No. 05-15-01248-CR

LISA MATZ
Style: Emanuel McLemore        5th DISTRICT
  v.   The State of Texas



November 17, 2015
PITNEY BOWES
02 1P        $ 000.35⁰
0000856274   NOV 17 2015
MAILED FROM ZIP CODE 75201

The clerk's record is overdue.  See Tex. R. App. P. 35.3.  The district/court clerk is directed to file the record within 30 days of the date of this notice.  No further extension will be granted absent a formal request from the clerks reasonably explaining the need for the extension.

Trial Court Case No. F-1                                          Lisa Matz, Clerk

NIXIE        750   DC 1              0012/07/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  75202663150      *2034-09863-18-43



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

RECEIVED IN
COURT OF APPEALS, 5th DIST.
DEC 1 1 2015
LISA MATZ
CLERK, 5th DISTRICT

RE: Case No. 05-15-01248-CR

Style: Emanuel McLemore
v. The State of Texas



UNITED STATES POSTAGE
November 17, 2015
PITNEY BOWES
02 1P        $ 000.35⁰
0000856274    NOV 17 2015
MAILED FROM ZIP CODE 75201

The reporter's record is overdue. See Tex. R. App. P. 35.1. 35.2 The court reporter is directed to file the record within 30 days of the date of this notice. No extension will be granted absent a request from the court reporter reasonably explaining the need for the extension.

Trial Court Case No. F-1

Lisa Matz, Clerk

NIXIE        750   DC 1              0012/07/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 75202465399        *2034-09867-18-43